IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROSS RIDDLE, | |
| Plaintiff, | |
| v | |
| PITNEY BOWES, INC., | Cause No.: 1:20-cv-2655-JRS-DML |
| Defendants, | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff having filed his Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby ORDERS that Plaintiff's claims in this cause of action are DISMISSED, with prejudice. Each party shall bear its own costs and attorney fees.

Date: 10/22/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.